1  **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2  Name _____
        (Last)         (First)         (Initial)

3  Prisoner Number _____

4  Institutional Address _____

5  

6  _____
   ================================================================

   **UNITED STATES DISTRICT COURT**
7  **NORTHERN DISTRICT OF CALIFORNIA**

8  _____ )
   (Enter the full name of plaintiff in this action.) )

9             )
        vs.     )  Case No. _____

10            )  (To be provided by the clerk of court)

11 _____ )  **PETITION FOR A WRIT**
              )  **OF HABEAS CORPUS**

12 _____ )

13 _____ )

14 (Enter the full name of respondent(s) or jailor in this action) )
   _____)

15 

16 ================================================================
   Read Comments Carefully Before Filling In

17 When and Where to File

18       You should file in the Northern District if you were convicted and sentenced in one of these

19 counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20 San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21 this district if you are challenging the manner in which your sentence is being executed, such as loss of

22 good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23       If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in

24 one of the above-named fifteen counties, your petition will likely be transferred to the United States

25 District Court for the district in which the state court that convicted and sentenced you is located. If

26 you are challenging the execution of your sentence and you are not in prison in one of these counties,

27 your petition will likely be transferred to the district court for the district that includes the institution

28 where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS     - 1 -

<u>Who to Name as Respondent</u>

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack was entered.

## A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

   (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

   _____     _____
   Court                                                                   Location

   (b) Case number, if known _____

   (c) Date and terms of sentence _____

   (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.)    Yes _____    No _____

   Where?

   Name of Institution: _____

   Address: _____

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

_____

_____

_____

PET. FOR WRIT OF HAB. CORPUS           - 2 -

1  3. Did you have any of the following?
2     Arraignment:           Yes _____   No _____
3     Preliminary Hearing:   Yes _____   No _____
4     Motion to Suppress:    Yes _____   No _____
5  4. How did you plead?
6     Guilty _____   Not Guilty _____   Nolo Contendere _____
7     Any other plea (specify) _____
8  5. If you went to trial, what kind of trial did you have?
9     Jury _____   Judge alone _____   Judge alone on a transcript _____
10 6. Did you testify at your trial?   Yes _____   No _____
11 7. Did you have an attorney at the following proceedings:
12    (a)  Arraignment                       Yes _____   No _____
13    (b)  Preliminary hearing                Yes _____   No _____
14    (c)  Time of plea                       Yes _____   No _____
15    (d)  Trial                              Yes _____   No _____
16    (e)  Sentencing                         Yes _____   No _____
17    (f)  Appeal                             Yes _____   No _____
18    (g)  Other post-conviction proceeding   Yes _____   No _____
19 8. Did you appeal your conviction?        Yes _____   No _____
20    (a)  If you did, to what court(s) did you appeal?
21         Court of Appeal                    Yes _____   No _____
22         Year: _____   Result: _____
23         Supreme Court of California        Yes _____   No _____
24         Year: _____   Result: _____
25         Any other court                    Yes _____   No _____
26         Year: _____   Result: _____
27
28    (b)  If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS       - 3 -

petition?    Yes _____   No _____

(c) Was there an opinion?    Yes _____   No _____

(d) Did you seek permission to file a late appeal under Rule 31(a)?

Yes _____   No _____

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes _____   No _____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I.  Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

II. Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

a.
b.
c.
d.
Result: _____ Date of Result: _____

III. Name of Court: _____
Type of Proceeding: _____
Grounds raised (Be brief but specific):
a.
b.
c.
d.
Result: _____ Date of Result: _____

IV. Name of Court: _____
Type of Proceeding: _____
Grounds raised (Be brief but specific):
a.
b.
c.
d.
Result: _____ Date of Result: _____

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____ No _____

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS - 5 -

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467,  111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: _____

6  _____

7  Supporting Facts: _____

8  _____

9  _____

10 _____

11 Claim Two: _____

12 _____

13 Supporting Facts: _____

14 _____

15 _____

16 _____

17 Claim Three: _____

18 _____

19 Supporting Facts: _____

20 _____

21 _____

22 _____

23 If any of these grounds was not previously presented to any other court, state briefly which

24 grounds were not presented and why:

25 _____

26 _____

27 _____

28 _____

PET. FOR WRIT OF HAB. CORPUS           - 6 -

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case.  Do not discuss the holding or reasoning of these cases:

_____

_____

_____

Do you have an attorney for this petition?                                    Yes_____    No_____

If you do, give the name and address of your attorney:

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding.  I verify under penalty of perjury that the foregoing is true and correct.

Executed on _____        _____
                         Date                                                Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS              - 7 -